IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3083 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| GLENN A. WOODARD, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the findings and recommendation by Magistrate Judge Zwart (filing 32), recommending that the defendant's motions to dismiss (filings 22 & 30) be denied.  The defendant, appearing pro se despite the fact that he has an appointed attorney, has filed a statement of objections (filing 33) pursuant to NECrimR 59.2 and 28 U.S.C. § 636(b)(1).

    I have conducted a de novo review of the record.  I find that inasmuch as the magistrate judge has fully, carefully, and correctly found the facts and applied the law, the magistrate judge's findings and recommendation should be adopted and the defendant's statement of objections and the motions to dismiss should be denied.

    Accordingly,

    IT IS ORDERED that:

    1.    the magistrate judge's findings and recommendation (filing 32) is adopted;

    2.    the defendant's statement of objections (filing 33) is denied;  and

    3.    the defendant's motions to dismiss (filings 22 & 30) are denied in all respects.

DATED this 2nd day of March, 2011.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.