IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3083 |
| | ) | |
| v. | ) | |
| | ) | |
| GLENN A. WOODARD, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The motion of counsel for defendant, Harry A. Moore, to withdraw, (filing no. 39), is granted. The clerk shall delete Mr. Moore from any future ECF notifications herein.

2) Defendant's newly retained counsel, Jessica P. Douglas, shall serve defendant with a copy of this order.

3) The defendant's motion to produce discovery, (filing no. 38), is granted. The government shall promptly provide new defense counsel with a copy of all Rule 16 discovery herein.

4) Trial of this case remains set for March 14, 2011.

DATED this 4th day of March, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge