IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3083 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| GLENN A. WOODARD, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The government's response to the defendant's motion to dismiss, (filing no. 41), shall be filed on or before March 18, 2011.

2) Trial of this case in continued pending resolution of defendant's motion to dismiss.

DATED this 7th day of March, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge