IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3083 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GLENN A. WOODARD, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on Magistrate Judge Zwart's findings and recommendation. (Filing 48.) The defendant has filed a statement of objections (filing 50) pursuant to NECrimR 59.2 and 28 U.S.C. § 636(b)(1). The magistrate recommends that defendant's motion to dismiss (filing 41) and statement of objections (filing 50) be denied.

    I have conducted a de novo review of the record. I find that inasmuch as the magistrate judge has fully, carefully, and correctly found the facts and applied the law, the magistrate judge's findings and recommendation should be adopted and the defendant's motion to dismiss and statement of objections should be denied.[1]

---

[1] I note that the defendant argues that the magistrate did not address the defendant's argument regarding deficiencies in the indictment. (Filing 51 at CM/ECF p. 2.) However, the magistrate previously determined that the indictment was sufficient. (Filing 32 at CM/ECF p. 6.) The indictment is legally sufficient pursuant to Fed. R. Crim. P. 7(c)(1).

Accordingly,

IT IS ORDERED that:

1. The magistrate judge's findings and recommendation (filing 48) is adopted.

2. The defendant's statement of objections (filing 50) is denied.

3. The defendant's motion to dismiss (filing 41) is denied in all respects.

DATED this 10th day of May, 2011.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.