IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3083 |
| | ) | |
| v. | ) | |
| | ) | FINDINGS AND |
| GLENN A. WOODARD, | ) | RECOMMENDATION |
| | ) | |
| Defendant. | ) | |

The indictment herein and the Petition for Contempt filed against the defendant in United States of America v. Woodard, 4:98CR3100 are based on the same underlying facts. Both cases were scheduled to be tried before a jury beginning on May 31, 2011.

The defendant requested a change of plea hearing on the Petition for Contempt. The change of plea hearing was held today, and the undersigned magistrate judge found the plea of guilty was knowing, intelligent, and voluntary, and that a factual basis existed for entering the plea, and advised the parties that a recommendation to accept the plea of guilty would be entered consistent with those findings.

After stating the findings and recommendation, the government moved to dismiss the indictment herein. The defendant did not object.

IT THEREFORE HEREBY IS RECOMMENDED to the Honorable Richard G. Kopf, United States District Court Judge that provided the court accepts the plea of guilty on the Petition for Contempt in United States of America v. Woodard, 4:98CR3100, that the court grant the government's unopposed oral motion to dismiss this case.

The parties are notified that a failure to object to this recommendation in accordance with the local rules of practice may be held to be a waiver of any right to appeal the district judge's adoption of this recommendation

IT IS ORDERED: This case is removed from the trial docket pending the court's ruling on the government's motion to dismiss.

DATED this 24th day of May, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge