IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3083 |
| | ) | |
| V. | ) | |
| | ) | |
| GLENN A. WOODARD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that I will defer consideration of the findings and recommendation (filing 54) in this case until the defendant's sentence is completed in Case No. 4:98CR3100. My chambers shall call this matter to my attention at the conclusion of sentencing in Case No. 4:98CR3100.

DATED this 20th day of June, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge