IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3083 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| GLENN WOODARD, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's motion, (filing no. 63), is granted.

2) The defendant's notice of appeal, (filing no. 61), is withdrawn.

DATED this 29th day of August, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge